The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PAINT SUNDRIES SOLUTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> LANDMARK TECHNOLOGY, LLC, <br><br> Defendant. | Case No. 2:17-cv-1073-JLR <br><br> **STIPULATION AND JOINT MOTION TO EXTEND DEADLINES** <br><br> **NOTE ON MOTION CALENDAR:** <br> **September 19, 2017** |

Pursuant to Local Civil Rules 7(d)(1) and 10(g), Plaintiff Paint Sundries Solutions, Inc ("Paint Sundries") and Defendant Landmark Technology, LLC "(Landmark") hereby stipulate and jointly move the Court for an extension of the September 19, 2017 deadlines for Landmark to Answer and for the Parties to make initial disclosures and file a Joint Status Report. The Parties propose that such dates be extended by one week to September 26, 2017. The reason for this Stipulation and Joint Motion is that the Parties reached an agreement in principle to settle the case and are jointly working to perfect the final settlement papers. After such papers are perfected and signed, the Parties will file a stipulated dismissal of all claims. The Parties anticipate that this will be done by September 26, 2017.

STIPULATION AND JOINT MOTION
TO EXTEND DEADLINES - 1
Case No. 2:17-cv-1073-JLR

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

DATED this 19th day of September, 2017.

By: */s/ Benjamin Hodges*
By: */s/ Richard T. Black*
By: */s/ Kevin Ormiston*
Benjamin Hodges, WSBA No. 49301
Richard T. Black, WSBA No. 20899
Kevin Ormiston, WSBA No. 49835
FOSTER PEPPER PLLC
1111 Third Avenue, Suite 3000
Seattle, Washington 98101-3292
Telephone: (206) 447-4400
Facsimile: (206) 447-9700
Email: ben.hodges@foster.com;
rich.black@foster.com;
kevin.ormiston@foster.com

*Attorneys for Plaintiff*
*Paint Sundries Solutions, Inc.*

By: */s/ John A Lee*
John A Lee, WSBA No. 35550
BANIE & ISHIMOTO, LLP
3705 Haven Ave., # 137
Menlo Park, CA 94025
Telephone: (650) 241-2774
Facsimile: (650) 241-2770
Email: jlee@banishlaw.com

*Attorney for Defendant*
*Landmark Technology, LLC*

STIPULATION AND JOINT MOTION
TO EXTEND DEADLINES - 2
Case No. 2:17-cv-1073-JLR

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I hereby certify that on September 19, 2017, I electronically filed the foregoing with the |
| 3 | Clerk of the Court using the CM/ECF system which will send notification of such filing to the |
| 4 | following: |
| 5 | |
| 6 | John A Lee, WSBA No. 35550<br>BANIE & ISHIMOTO, LLP |
| 7 | 3705 Haven Ave., # 137<br>Menlo Park, CA 94025 |
| 8 | Email: jlee@banishlaw.com |

By: *s/ Benjamin Hodges*
Benjamin Hodges

The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PAINT SUNDRIES SOLUTIONS, INC.,<br><br>        Plaintiff,<br><br> v.<br><br>LANDMARK TECHNOLOGY, LLC,<br><br>        Defendant. | Case No. 2:17-cv-1073-JLR<br><br>[PROPOSED] ORDER GRANTING STIPULATION AND JOINT MOTION TO EXTEND DEADLINES<br><br>NOTE ON MOTION CALENDAR:<br>September 19, 2017 |

THIS MATTER is before the Court on the Parties' Stipulation and Joint Motion to Extend Deadlines. (Stip. (Dkt. #10).) Upon review of the record and the Motion stating that the Parties have reached an agreement in principle to settle the case and are jointly working to perfect the final settlement papers, IT IS HEREBY ORDERED that the Stipulation and Joint Motion to Extend Deadlines is GRANTED.

Defendant Landmark Technology, LLC has up to and until September 26, 2017 to file their Answer to the Complaint. The Parties have up to and until September 26, 2017 to make initial disclosures and file a Joint Status Report.

//

//

[PROPOSED] ORDER GRANTING STIPULATION AND JOINT
MOTION TO EXTEND DEADLINES- 1
Case No. 2:17-cv-1073-JLR

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

1  IT IS SO ORDERED.

2  Dated this 19th day of September, 2017

3

4

           The Honorable James L. Robart
5          United States District Judge

6  Presented by:

7  By: /s/ Benjamin Hodges
   By: /s/ Richard T. Black
8  By: /s/ Kevin Ormiston
   Benjamin Hodges, WSBA No. 49301
9  Richard T. Black, WSBA No. 20899
10 Kevin Ormiston, WSBA No. 49835
   FOSTER PEPPER PLLC
11 1111 Third Avenue, Suite 3000
   Seattle, Washington 98101-3292
12 Telephone: (206) 447-4400
13 Facsimile: (206) 447-9700
   Email: ben.hodges@foster.com;
14 rich.black@foster.com;
   kevin.ormiston@foster.com
15

16 *Attorneys for Plaintiff*
   *Paint Sundries Solutions, Inc.*

17
   By: /s/ John A Lee
18 John A Lee, WSBA No. 35550
   BANIE & ISHIMOTO, LLP
19 3705 Haven Ave., # 137
   Menlo Park, CA 94025
20 Telephone: (650) 241-2774
21 Facsimile: (650) 241-2770
   Email: jlee@banishlaw.com
22
   *Attorney for Defendant*
23 *Landmark Technology, LLC*

24

25

26

[PROPOSED] ORDER GRANTING STIPULATION AND JOINT        FOSTER PEPPER PLLC
MOTION TO EXTEND DEADLINES- 2                          1111 THIRD AVENUE, SUITE 3400
Case No. 2:17-cv-1073-JLR                              SEATTLE, WASHINGTON 98101-3299
                                                       PHONE (206) 447-4400  FAX (206) 447-9700