The Honorable James L. Robart

1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9  PAINT SUNDRIES SOLUTIONS, INC.,

10                              Plaintiff,

11      v.

12  LANDMARK TECHNOLOGY, LLC,

13                              Defendant.

14

15

Case No. 2:17-cv-1073-JLR

[PROPOSED] ORDER GRANTING
STIPULATION AND JOINT MOTION
TO DISMISS WITH PREJUDICE

NOTE ON MOTION CALENDAR:
September 26, 2017

16

17      CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal With

18  Prejudice of all claims of the Plaintiff Paint Sundries Solutions, Inc. and Defendant Landmark

19  Technology, LLC in this case and the Court being of the opinion that said motion should be

20  GRANTED, it is hereby

21

22      ORDERED, ADJUDGED AND DECREED that all claims in this suit between Plaintiff

23  Paint Sundries Solutions, Inc. and Defendant Landmark Technology LLC are hereby dismissed

24  with prejudice, subject to the terms of that certain agreement entitled "PATENT LICENSE

25  AND SETTLEMENT AGREEMENT" dated September 18, 2017.

26

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO DISMISS
WITH PREJUDICE- 1
Case No. 2:17-cv-1073-JLR

BANIE & ISHIMOTO LLP
3705 HAVEN AVE., #137
MENLO PARK, CALIFORNIA 94025
PHONE (650) 241-2774  FAX (650) 241-2770

1   It is further ORDERED that all attorneys' fees and costs are to be borne by the party

2   that incurred them.

3

    DATED this _26th_ day of _September_ , 2017.

4

5

6                                                  The Honorable James L. Robart
                                                   United States District Court Judge
7

8   Presented by:

    By: /s/ Benjamin Hodges
9   By: /s/ Richard T. Black
    By: /s/ Kevin Ormiston
10  Benjamin Hodges, WSBA No. 49301

11  Richard T. Black, WSBA No. 20899
    Kevin Ormiston, WSBA No. 49835
12  FOSTER PEPPER PLLC
    1111 Third Avenue, Suite 3000
13  Seattle, Washington 98101-3292

14  Telephone: (206) 447-4400
    Facsimile: (206) 447-9700
15  Email: ben.hodges@foster.com;
    rich.black@foster.com;
16  kevin.ormiston@foster.com

17
    _Attorneys for Plaintiff_
18  _Paint Sundries Solutions, Inc._

19  By: /s/ John A Lee
    John A Lee, WSBA No. 35550
20  BANIE & ISHIMOTO, LLP
    3705 Haven Ave., # 137
21  Menlo Park, CA 94025
    Telephone: (650) 241-2774
22  Facsimile: (650) 241-2770
23  Email: jlee@banishlaw.com

24
    _Attorney for Defendant_
25  _Landmark Technology, LLC_

26

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO DISMISS
WITH PREJUDICE- 2
Case No. 2:17-cv-1073-JLR

BANIE & ISHIMOTO LLP
3705 HAVEN AVE., #137
MENLO PARK, CALIFORNIA 94025
PHONE (650) 241-2774  FAX (650) 241-2770